In the Matter of the Application of FREDJA SANDLER, by SOL WINOGRADOFF, Her Attorney-in-Fact, Respondent. HONOUR B. GELSON, Appellant.

Submitted April 17, 1939; decided April 21, 1939.

*Honour B. Gelson,* in person, for motion.

*Solomon W. Winogradoff* and *Arthur Schenkein* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the application is too late.